3 So.2d 922

**Sidney HENDERSON v. STATE.**

6 Div. 749.

Court of Appeals of Alabama.

May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

---

8 So.2d 902

**Tom HESTER v. STATE.**

7 Div. 675.

Court of Appeals of Alabama.

June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

---

10 So.2d 57

**Tom HESTER v. STATE.**

7 Div. 701.

Court of Appeals of Alabama.

Jan. 23, 1942.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

3 So.2d 922

**Ray HICKS v. STATE.**

6 Div. 750.

Court of Appeals of Alabama.

May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

---

1 So.2d 44

**Jim HILL v. STATE.**

7 Div. 618.

Court of Appeals of Alabama.

Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

8 So.2d 903

**Ruby HOLLIDAY v. STATE.**

6 Div. 876.

Court of Appeals of Alabama.

May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.